United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 19, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41621
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO MURCIA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-180-1
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Sergio Murcia appeals his sentence following a guilty plea
to possession of cocaine with intent to distribute.  Murcia
argues that the district court erroneously increased his offense
level pursuant to U.S.S.G. § 3B1.4. based on its determination
that Murcia gave drug funds to his minor daughter in an effort to
avoid detection of the offense.  We find no clear error in the
district court's determination.  United States v. Powers, 168

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.3d 741, 752-53 (5th Cir. 1999); United States v. Edwards, 65

F.3d 430, 432 (5th Cir. 1995).

AFFIRMED.